# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: SESSIONS OF THE SUPREME    :   No. 494
        COURT OF PENNSYLVANIA        :   Judicial Administration
        FOR THE YEAR 2019            :   Docket

## ORDER

**PER CURIAM:**

    **AND NOW**, this 5th day of January, 2018, it is ordered that the argument/administrative sessions of the Supreme Court of Pennsylvania shall be held in the year 2019 as follows:

| | |
|---|---|
| Philadelphia (Administrative Session) | February 5th |
| Philadelphia | March 4th through March 8th |
| Harrisburg (Administrative Session) | March 26th |
| Pittsburgh | April 8th through April 12th |
| Harrisburg | May 13th through May 17th |
| Pittsburgh (Administrative Session) | June 4th |
| Philadelphia | September 9th through September 13th |
| Pittsburgh | October 15th through October 18th |
| Harrisburg | November 18th through November 22nd |

    Additional argument/administrative sessions may be scheduled as the Court deems necessary.